Argued November 27, affirmed December 3, 1973.

**STATE OF OREGON,** *Respondent, v.* **REDDEN MADDSON SIMPSON** (No. 16-445), *Appellant.*

515 P2d 1352

*Franklyn N. Brown,* Tigard, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. McKay,* 15 Or App 180, 515 P2d 183 (1973), Sup Ct *review denied* (1974); *State v. Zimmerman,* 14 Or App 17, 510 P2d 1336, Sup Ct *review denied* (1973).